PROB 12A  
(SD/FL 9/96)   HAMILTON, Robert

SD/FL PACTS No. 44751

# UNITED STATES DISTRICT COURT
## for
## SOUTHERN DISTRICT OF FLORIDA
### Report on Offender Under Supervision

FILED by _____ D.C.  
SEP 7 2001  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. MIAMI

Name of Offender: Robert Hamilton              Case Number: 95-964-CR-Lenard

Name of Sentencing Judicial Officer: The Honorable Joan A. Lenard, Judge, U.S. District Court, Miami, Florida

Date of Original Sentence: April 28, 1997

Original Offense:   Conspiracy to Commit Wire Fraud, in violation of Title 18, U.S.C. § 371, a Class "D" felony.

Original Sentence:  Twenty-one (21) months custody of the Bureau of Prisons, followed by three (3) years supervised release. Special Conditions: (1) the defendant shall be required to provide full financial disclosure to the probation office as requested; (2) the defendant is to pay restitution that has not been paid in full by other defendants; (3) the defendant is to pay all back taxes. Restitution ordered in the amount of $1,471,066.00.

Type of Supervision: Supervised Release       Date Supervision Commenced: December 24, 1998

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1.                        **VIOLATION OF MANDATORY CONDITION, by failing to satisfy the Court-ordered restitution.** On or about April 28, 1997, restitution in the amount of $1,471,066.00 was ordered by the Court and the supervised releasee has failed to satisfy this financial obligation as ordered.

U.S. Probation Officer Action:

The U.S. Probation Office is respectfully requesting that the defendant's term of supervision be allowed to terminate upon completion of his three year sentence. Mr. Hamilton has paid $300 per month throughout the period of supervision and owes a balance of $1,462,466.00. Upon completion of Mr.

**PROB 12A**  **SD/FL PACTS No. 44751**
**(SD/FL 9/96)**   **HAMILTON, Robert**

Hamilton's supervised release sentence, he will continue to make payments of $300 directly to the U.S. Attorney's Office. The signed payment agreement, as well as a copy of this report, will be forwarded to the U.S. Attorney's Office Financial Litigation Unit.

Respectfully submitted,

by

John E. Minnelli
U.S. Probation Officer
Phone: (954) 769-5536
Date: September 4, 2001

Reviewed by: _____
Carolyn M. Gamble, Supervising
U.S. Probation Officer

---

[X] Concur with action(s) taken by the U.S. Probation Officer
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

September 7, 2001
Date